# ELECTRONIC RECORD

COA #   02-12-00025-CR                    OFFENSE:   22.021

STYLE:   Derrick Florence v. The State of Texas          COUNTY:   Denton

COA DISPOSITION:   AFFIRMED          TRIAL COURT:   362nd District Court

DATE: 07/24/14          Publish: NO   TC CASE #:   F-2010-1034-D

## IN THE COURT OF CRIMINAL APPEALS

STYLE:   Derrick Florence v. The State of Texas          CCA #:   1137-14

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: ___03/25/2015___          SIGNED: _____          PC: _____

JUDGE: _____          PUBLISH: _____          DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**